ACCEPTED
01-14-00082-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 2:36:39 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00082-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 2:36:39 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT OF TEXAS

AT HOUSTON

MARY LYNN KANTARA GERKE

V.

JAMIL "JAMES" KANTARA

APPELLEE'S MOTION FOR EXTENSION

OF TIME TO FILE APPELLEE'S REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee Jamil "James" Kantara (herein after "James") files this *Appellee's Motion for Extension of Time to File Appellee's Reply Brief* under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d). James respectfully requests a 30-day extension to file Appellee's reply brief to Appellant's *Brief of Appellant.* Appellee requests the 30-day extension begin on the first day after the latter of this Court's

ruling on *Appellee's Motion to Strike Brief of Appellant Filed on January 12, 2015* and this Court's *Notice To Dismiss For Want Of Jurisdiction* on January 27, 2015. This is Appellee's first request for an extension of time to file his brief.

## I.

This is an appeal from an October 28, 2013 judgment signed by the Associate Judge of the 311ᵗʰ Judicial District Court of Harris County, Texas, denying in part Appellant's Mary Lynn Kantara Gerke's (hereinafter "Mary") petition to modify parent-child relationship and granting in part Appellee's counter-petition. On November 25, 2013, Appellant filed a motion for new trial that was overruled by operation of law and on January 24, 2014, Appellant filed a notice of appeal.

## II.

An extension of time is necessary for the following reasons:

1.    On December 9, 2014, Mary filed her *Appellant's Brief* pro se.

2.    On January 7, 2015, James filed *Jamil "James" Kantara's Reply Brief*.

3.    On January 12, 2015, Ms. Tomlinson, attorney for Mary, filed *Brief of Appellant*. This court notified Appellee, Appellee's brief was due on February 11, 2015.

4.    On January 16, 2015, James filed *Appellee's Motion to Strike Brief of Appellant Filed on January 12, 2015*.

- 2 -

5. On January 22, 2015, Mary filed *Appellant's Motion Requesting the Court to Order Appellant's Attorney to Rebrief Her Case*.

6. On January 23, 2015, Ms. Tomlinson filed her *Response to Appellee's Motion to Strike Brief of Appellant*.

7. On January 23, 2015, James filed *Appellee's Response to Appellant's Response to Appellee's Motion to Strike Brief of Appellant*.

8. On January 27, 2015, this Court issued its N*otice To Dismiss For Want Of Jurisdiction* unless a response is received by February 10, 2015.

## III.

Accordingly, Appellee requests a 30-day extension of time to file Appellee's reply brief after this Court rules on *Appellee's Motion to Strike Brief of Appellant Filed on January 12, 2015* and this Court's *Notice To Dismiss For Want Of Jurisdiction* filed on January 27, 2014. This Motion is not filed for the purpose of delay but so that Appellee can determine whether an Appellee's brief is warranted at this time.

## IV.

For these reasons, Appellee Jamil "James" Kantara respectfully requests that the Court grant this motion and extend the time for filing his reply brief.

Respectfully submitted,

Wilfried P. Schmitz & Associates, P.C.

BY: _/s/ Wilfried Schmitz_____
 Wilfried P. Schmitz
Texas Bar No. 17778700
17040 El Camino Real, Suite 400
Houston, Texas 77058
Phone: (281) 486-5066
Email: Court_Documents@schmitzlaw.com
Attorney for Jamil "James" Kantara

# CERTIFICATE OF CONFERENCE

In accordance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, I certify that I contacted counsel concerning the filing of this *Appellee's Motion For Extension Of Time To File Appellee's Reply Brief*. The undersigned has not yet received a reply and cannot state at this time whether counsel is unopposed.

_/s/ Wilfried Schmitz_
Wilfried P. Schmitz

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing *Appellee's Motion For Extension Of Time To File Appellee's Reply Brief* has this 5th day of February, 2015, been sent pursuant to T.R.A.P. 9.5 (b)(1) by electronic mail, to the following:

Ashley Tomlinson
1800 Saint James Place, Suite 620
Houston, TX 77056
eserviceavt@dalefamilylaw.com

Douglas York
3355 W. Alabama, Suite 100
Houston, Texas 77098
york@douglasyork.com via E-File

/s/ Wilfried Schmitz
Wilfried P. Schmitz